**Dismissed; Opinion Filed September 3, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-19-01553-CV**

**PHYLLIS SLICKER, Appellant**
**V.**
**WILLIAM SLICKER AND LESLIE G. MARTIN, P.C., Appellees**

**On Appeal from the 330th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-11-15742**

## MEMORANDUM OPINION

Before Justices Schenck, Osborne, and Partida-Kipness
Opinion by Justice Schenck

Appellant's brief in this case is overdue. By postcard dated June 30, 2020, we notified appellant the time for filing appellant's brief had expired. We directed appellant to file a brief and an extension motion within ten days. We cautioned appellant that failure to file a brief and an extension motion would result in the dismissal of this appeal without further notice. To date, appellant has not filed a brief, filed an extension motion, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b), (c).


/David J. Schenck/
DAVID J. SCHENCK
JUSTICE

191553F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

PHYLLIS SLICKER, Appellant

No. 05-19-01553-CV      V.

WILLIAM SLICKER AND LESLIE
G. MARTIN, P.C., Appellees

On Appeal from the 330th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DF-11-15742.
Opinion delivered by Justice
Schenck. Justices Osborne and
Partida-Kipness participating.

In accordance with this Court's opinion of this date, this appeal is
**DISMISSED**.

It is **ORDERED** that appellees WILLIAM SLICKER AND LESLIE G.
MARTIN, P.C. recover their costs of this appeal from appellant PHYLLIS
SLICKER.

Judgment entered this 3rd day of September, 2020.